# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  KRISTI M. HERNANDEZ                              Case Number: 06-71366
605 N. GREENVIEW                SSN-xxx-xx-8197
ROCKFORD, IL  61101

| | Case filed on: | 8/3/2006 |
| | Plan Confirmed on: | 10/27/2006 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $7,094.24          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 999 | KRISTI M. HERNANDEZ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | THE NATIONAL BANK & TRUST CO SYCAMORE | 12,213.51 | 12,000.00 | 2,177.74 | 1,479.53 |
| 002 | WASHINGTON MUTUAL BANK FA | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| | Total Secured | 13,713.51 | 13,500.00 | 2,177.74 | 1,479.53 |
| 001 | THE NATIONAL BANK & TRUST CO SYCAMORE | 0.00 | 213.51 | 0.00 | 0.00 |
| 003 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CITIZENS FINANCE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PFS FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES | 3,218.00 | 3,218.00 | 0.00 | 0.00 |
| 007 | PORTFOLIO RECOVERY ASSOCIATES | 6,995.97 | 6,995.97 | 0.00 | 0.00 |
| 008 | JORGE HERNANDEZ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 10,213.97 | 10,427.48 | 0.00 | 0.00 |
| | Grand Total: | 26,927.48 | 26,927.48 | 5,177.74 | 1,479.53 |

Total Paid Claimant:        $6,657.27
Trustee Allowance:          $436.97
Percent Paid Unsecured:       0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liabliity on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009                    By  /s/Heather M. Fagan